UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ABEL OROZCO ORTEGA,                                                    Petitioner,

v.                                                        Civil Action No. 4:26-cv-229-DJH

SAMUEL OLSON, Field Office Director,
Chicago Field Office, U.S. Immigration and
Customs Enforcement et al.,                                            Respondents.

* * * * *

## ORDER

On the Court's own motion, it is hereby

**ORDERED** that Respondents **SHALL** respond to Petitioner Abel Orozco Ortega's motion

to enforce judgment (Docket No. 13) by the close of business on **June 24, 2026**.

June 22, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1